# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA : No. 523 WAL 2016
:
:
:
v. : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
JAMES ROBERT DAWKINS JR. :
:
:
:
PETITION OF: WILLIAM CREPPS :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.